# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **FISEPE VAVAL,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Civil Action No. 09-0213-CG-N |
| | ) |
| **DEPARTMENT OF HOMELAND SECURITY, et al.,** | ) |
| | ) |
| Respondents. | ) |

## ORDER

After due and proper consideration of all pleadings in this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this court.

It is **ORDERED** that this action be and is hereby **DISMISSED** as moot.

**DONE and ORDERED** this 7th day of August, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE