**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **FISEPE VAVAL,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| **vs.** | ) **Civil Action No. 09-0213-CG-N** |
| | ) |
| **DEPARTMENT OF HOMELAND** | ) |
| **SECURITY, <u>et</u> <u>al.</u>,** | ) |
| | ) |
| **Respondents.** | ) |

<u>**JUDGMENT**</u>

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this petition be and is hereby dismissed as moot.

**DONE and ORDERED** this 7th day of August, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE